United States District Court
Southern District of Texas
ENTERED
AUG 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 25 1998
Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALBERTO GALLEGOS | § | |
| | § | CIVIL ACTION NO. B-97-088 |
| VS. | § | |
| | § | CRIMINAL NO. B-92-150 |
| UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 8, 1998, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 25th day of August 1998.

Filemon B. Vela
United States District Judge

20

United States District Court
Southern District of Texas
ENTERED

AUG 25 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 25 1998
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RUSSELL P. SECHOVEC, §
§
PLAINTIFF, §
§
VS. § C. A. NO. B-97-231
§
DAYCO PRODUCTS, INC. AND §
K-MART CORPORATION §
§
DEFENDANTS. §

## ORDER OF SUBSTITUTION

ON THIS DAY came on to be heard Defendant, K-MART CORPORATION's Motion to Substitute Counsel and, the Court having considered said Motion, finds that the same is meritorious and should be **GRANTED**; It is, therefore,

ORDERED that Carla M. Saenz, and the firm of Griffith, Saenz & Hill, L.L.P. is allowed to withdraw as attorney of record for K-MART CORPORATION, and that G. Byron Sims and George R. Gibson and the firm of Brown, Sims, Wise & White, P.C. are hereby substituted as attorneys of record for K-MART CORPORATION.

Signed this 25TH day of August, 1998.

_____
UNITED STATES DISTRICT JUDGE - Magistrate

GGIBSON\233017.

4

APPROVED AND ENTRY REQUESTED:

GRIFFITH, SAENZ & HILL, L.L.P.

By: *[signature: Carla M Saenz]*
Carla M. Saenz
State Bar No. 17514595
1325 Palm Blvd., Suite A
Brownsville, Texas 78520
(956) 541-2862 Phone
(956) 541-2864 Facsimile

FORMER ATTORNEYS FOR
K-MART CORPORATION


BROWN, SIMS, WISE & WHITE, P.C.

By: *[signature: G Byron Sims]*
G. Byron Sims
State Bar No. 18419000
George R. Gibson
State Bar No. 00793802
2000 Post Oak Blvd, Suite 2100
Houston, Texas 77056-4496
Telephone: (713) 629-1580
Facsimile: (713) 629-5027

ATTORNEYS FOR K-MART CORPORATION