

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 20 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

ALBERTO GALLEGOS                    *

    VS                              *    C.A. NO. B97 088
                                         (Cr. No. B92 150)
UNITED STATES OF AMERICA             *

---

ALBERTO GALLEGOS, Pro Se

United States Attorney (James L. Powers, Assistant U.S. Attorney),
Attorney for Respondent

### MEMORANDUM ORDER

Before this Court is Petitioner's, ALBERTO GALLEGOS, Motion requesting a certificate of appealability filed on October 21, 1998. This Court had dismissed his 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence on August 25, 1998.

The Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), Pub.L. No. 104-132, 110 Stat. 1214, converted the "certificate of probable cause" that was required as a prerequisite to an appeal from the denial of a petition for federal habeas corpus relief into a "certificate of appealability." <u>Reyes v.</u>

<u>Keane</u>, 90 F.3d 676, 680 (2nd Cir. 1996). A certificate of appealability will not be granted unless the petitioner makes a substantial showing of the denial of a constitutional right. <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893, 103 S.Ct. 3383, 3394, 77 L.Ed.2d 1090 (1983). To make such a showing, the petitioner need not show that he should prevail on the merits, but rather must demonstrate that the issues' are debatable among jurists of reason; that a court could resolve the issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further. <u>Id.</u> at 893. (Quoted from <u>Adanandus v. Johnson</u>, 947 F.Supp. 1098.)

This Court has read Petitioner's Motion in light of the record and the mandates of AEDPA and has concluded that Petitioner has failed to make a substantial showing of a denial of a constitutional right.

Accordingly, Petitioner's Motion for Certificate of Appealability is hereby **DENIED**.

DONE at Brownsville, Texas, this 20TH day of November, 1998.

John Wm. Black
United States Magistrate Judge