AO 240A (1/94)

# United States District Court

DISTRICT OF **Southern** ~~DISTRICT OF~~ **Texas**
**Brownsville Division**

United States District Court
Southern District of Texas
ENTERED
DEC 07 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

**Alberto Gallegos**
Plaintiff

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

V.

CASE NUMBER: CB-97-88

Defendant
**USA**

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☒ **GRANTED.**

☐ The clerk is directed to file the complaint.

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED,** for the following reasons:

_____
_____

ENTER this __7th__ day of __December__, 19__98__.

_____
Signature of Judicial Officer

**JOHN WM. BLACK**
Name and Title of Judicial Officer
**U.S. MAGISTRATE JUDGE**